FILED
DEC 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MANUEL QUINTINO PEREZ<br>           Defendant. | No. CR-F-05-380-AWI<br><br>ORDER EXONERATING BOND |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The defendant's passport is ordered returned:

(XX) The property bond posted is exonerated and reconveyed: Deed #0205288962.

DATED: 12-29-05

_____
ANTHONY W. ISHII
Chief U.S. District Judge

9/26/96 exonbnd.frm

1